## MAMIE WESTBERRY v. STATE OF FLORIDA

19 So. (2nd) 612      June Term, 1944
November 10, 1944      Division A

*L. W. Blanton* and *McCall & O'Grady,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

PER CURIAM:

This appeal is from a conviction of an aggravated assault. The several contentions relied upon for a reversal relate to the sufficiency of the evidence, newly discovered evidence and the charge of the Court.

We have carefully considered all of these and find all without merit.

The judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ.,